UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW B SHEETS,

    Plaintiff,

v.

COP BRANDON ANGELINI,
INDIVIDUAL AND OFFICIAL
CAPACITY; AND CITY OF PUNTA
GORDA, MUNICIPALITY,

    Defendants

Case No. 2:25-cv-644-KCD-DNF

## ORDER

This case was before the Court for oral argument on Defendants' motion to dismiss. For the reasons stated on the record, the motion (Doc. 23) is **GRANTED** and Plaintiff's Amended Complaint (Doc. 18) is dismissed without prejudice. Plaintiff may file an amended complaint within 23 days of this order.

**ORDERED** in Fort Myers, Florida on October 22, 2025.

Kyle C. Dudek
United States District Judge